UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Criminal Action No. 1:21-cr-10149-LTS |
| | ) | |
| GEORGE FINCH | ) | |
| | ) | |

ASSENTED TO MOTION TO CONTINUE INITIAL APPEARANCE

Defendant, George Finch, is currently charged by way of information with Conspiracy to

Commit Theft Concerning Programs Receiving Federal Funds in violation of 18 U.S.C. § 371

and Theft Concerning Programs Receiving Federal Funds; Aiding and Abetting in violation of

18 U.S.C. § 666(a)(1)(A); 18 U.S.C. § 2.

On May 14, 2021, an initial appearance was set for May 27, 2021 at 11:30AM before

Magistrate Judge Boal. Counsel for the defendant is unable to attend the hearing on May 27,

2021 due to previously scheduled court matters. Counsel requests the hearing be rescheduled to

May 26, 2021 at 2:45PM.

The government assents to this motion.

WHEREFORE, the government and defendant request that the initial appearance before

Magistrate Judge Boal be rescheduled to May 26, 2021 at 2:45PM.

Respectfully submitted,

*/s/ Richard J. Sweeney*
Richard J. Sweeney
Sweeney & Associates, LLC
225 W Squantum Street, Suite 100
Quincy, MA 02171
617-328-6900

Respectfully submitted,
NATHANIEL MENDELL
ACTING UNITED STATES ATTORNEY

By:    */s/ Mark J. Grady by RJS*
Mark J. Grady
Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Richard J. Sweeney*
Richard J. Sweeney
Counsel for George Finch

Date: May 17, 2021